**Michael S. GRIFFIS, Appellant,**

v.

**James BLACKMON, Dr., Cummins Unit, ADC; R. Griffin, Infirmary Manager Cummins Unit, ADC; J. Davis, L.P.N., Cummins Unit, ADC; Kelly Mosley, R.N., Cummins Unit, ADC; Austin, Ms., R.N., Cummins, Unit, ADC, Appellees.**

**No. 08–3109.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 28, 2009.

Filed: July 29, 2009.

Michael S. Griffis, Arkansas Department Of Correction, Grady, AR, for Appellant.

Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Michael Griffis appeals from the district court's [1] dismissal without

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W.

prejudice of his 42 U.S.C. § 1983 complaint. Upon careful review, we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.